1074

No. 87–6126.  YORK v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–6128.  JOHNSON v. NACHMAN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–6130.  BERTRAM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 87–6131.  WIGGINS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 87–6133.  MCCLELLAN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 87–6134.  LITTLE v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–6136.  SMITH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–6140.  PRESTON v. GOLDEN STATE FOODS.  C. A. 11th Cir.  Certiorari denied.

No. 87–6141.  WASHINGTON v. ANGELONE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–6142.  ROSENBERG v. COMERICA BANK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–6143.  SMITH v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 87–6144.  TYLER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–6146.  WRIGHT v. GREENE ET AL.  Ct. App. Tenn. Certiorari denied.

No. 87–6147.  HOLDER v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 87–6148.  RODGER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.